## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Tri-State Grease and Tallow Co. Inc., | Civil No. 11-709 (RHK/JSM) |
| Plaintiff, | **ORDER DISMISSING DIANE HIPPERT WITHOUT PREJUDICE** |
| v. | |
| Milk Specialties Company, | |
| Defendant and, Third-Party Plaintiff, | |
| v. | |
| Michael Hippert, Bruce Hippert, Diane Hippert, | |
| Third-Party Defendants. | |

This matter comes before the Court pursuant to the Stipulation to Dismiss Third-Party Defendant Diane Hippert Without Prejudice (hereinafter the "Stipulation") entered into by the parties hereto.

Based upon the Stipulation (Doc. No. 24), **IT IS ORDERED** that Third-Party Defendant Diane Hippert is **DISMISSED WITHOUT PREJUDICE** from the above-captioned matter.

Dated: May 31, 2011

  s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge