# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| TRI-STATE GREASE AND TALLOW CO., INC., | Civil No. 11-709 (RHK/JSM) |
| Plaintiff, | **ORDER** |
| v. | |
| MILK SPECIALTIES COMPANY, | |
| Defendant, | |
| and | |
| MILK SPECIALTIES COMPANY, | |
| Third-Party Plaintiff, | |
| v. | |
| MICHAEL HIPPERT, BRUCE HIPPERT, | |
| Third-Party Defendants. | |

Pursuant to the parties' Stipulation (Doc. No. 107), **IT IS ORDERED** that the above-entitled action, including all counterclaims, third-party claims, cross claims, and all other claims, and all other claims which were or could have been asserted in the above entitled matter, are **DISMISSED WITH PREJUDICE** on the merits and without costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: August 7, 2012

                                                         s/Richard H. Kyle
                                                         RICHARD H. KYLE
                                                         United States District Judge